IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. CA-00-125 |
| v. | § § | |
| NATIONWIDE HOUSING SYSTEMS, INC. Defendant | § § | |

United States District Cour
Southern District of Texas
FILED

MAY - 8 2000

MICHAEL N. MILBY CLERK

## CERTIFICATE OF PLAINTIFF REGARDING FINANCIAL INTEREST

Plaintiff, Equal Employment Opportunity Commission, certifies that the only person with a financial interest in the outcome of this litigation is James W. Stovall, the Charging Party on whose charge this lawsuit is based.

Respectfully submitted,

C. GREGORY STEWART
General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT B. HARWIN
Regional Attorney
D.C. State Bar No. 076083

LINDA GUTIERREZ
Supervisory Trial Attorney
Texas State Bar No. 08642750
Southern District No. 14464

3.

*[signature]*

R. CHRIS PITTARD
Trial Attorney
Texas State Bar No. 00794465
Southern District No. 23449

Equal Employment Opportunity
Commission
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
(210) 281-7636
(210) 281-7669 (fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Certificate of Plaintiff Regarding Financial Interest was mailed via certified mail, return receipt requested, on the <u>4th</u> of May, 2000, as to the following:

Anita M. Alessandra                           CMRRR#      Z 390 752 958
Ashcroft Law Firm, P.C.
8750 N. Central Expressway, Suite 1070
Dallas, Texas 75231
Attorneys for Defendant

*[signature]*

R. CHRIS PITTARD

2