# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Erik Hansen

**U. S. C. S. O.:** Adrian Perez

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

MAY 2 4 2000

MICHAEL N. MILBY
CLERK

**DATE:** May 24, 2000        **OPEN:** 1:23        **ADJOURN:** 1:25

**TAPE:** #3, 4

**CIVIL ACTION NUMBER:** C-00-125

Equal Employment Opportunity Commission        **COUNSEL:** Linda Gutierrez

VS.

Nationwide Housing Systems, Inc.        **COUNSEL:**

(1)IPTC: Case called. Neither party is present. Case dismissed for failure to prosecute.

4.