IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 2 6 2000**

Michael N. Milby, Clerk of Court

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| EQUAL EMPLOYMENT OPPORTUNITY | | |
| COMMISSION, | § | |
| | § | |
| Plaintiff, | § | *5.* |
| | § | |
| | § | |
| Vs. | § | C.A. No. C-00-125 |
| | § | |
| | § | |
| NATIONWIDE HOUSING SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER

On May 24, 2000, this Court attempted to hold an initial pretrial conference in the above-styled action.  Plaintiff failed to appear for the conference.  For the reasons stated below, the Court DISMISSES Plaintiff's action for want of prosecution.

The Supreme Court has recognized that "[t]he inherent powers of federal courts are those which are necessary to the exercise of all others."  Roadway Express, Inc. v. Piper, 447 U.S. 752, 764, 100 S.Ct. 2455, 2463 (1980).  Federal courts have inherent powers necessary to achieve the orderly and expeditious disposition of their dockets, and to dismiss suits for want of

prosecution.  Fed.R.Civ.P. 41; <u>Link v. Wabash Railroad Co.</u>, 370

U.S. 626, 630-32, 85 S.Ct. 1386, 1388-89 (1962); <u>Sturgeon v.</u>

<u>Airborne Freight Corp.</u>, 778 F.2d 1154, 1159 (5th Cir. 1985).

"The authority of a court to dismiss sua sponte for lack of

prosecution has generally been considered an 'inherent power,'

governed not by rule or statute but by the control necessarily

vested in courts to manage their own affairs so as to achieve the

orderly and expeditious disposition of cases."  <u>Link</u>, 370 U.S. at

632, 85 S.Ct. at 1388.

     This Court FINDS that Plaintiff received notice of the date

for the initial pretrial conference.  The Court further finds

that Plaintiff failed to contact the Court regarding its non-

appearance.  Thus, the Court FINDS that Plaintiff has failed

adequately to prosecute this case.

     For the foregoing reasons, the Court ORDERS that the above-

styled cause of action be DISMISSED.


          ENTERED on this the _____ day of May, 2000


                              _____
                              JANIS GRAHAM JACK
                              UNITED STATES DISTRICT JUDGE


                                2