IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |  |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § | |
| Plaintiff, | § | |
| Vs. | § | C.A. No. C-00-125 |
| NATIONWIDE HOUSING SYSTEMS, INC. | § | |
| Defendant. | § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*
*MAY 2 6 2000*
*Michael N. Milby, Clerk of Court*

6.

## FINAL JUDGMENT

For the reasons stated in this Court's Order of May 24, 2000, the above-styled action is DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Corpus Christi, Texas on this the 24th day of May, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE