# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| Equal Employment Opportunity Commission **NOTICE** | |
| v. | |
| Nationwide Housing Systems, Inc. | CASE NUMBER: C-00-125 |

**TYPE OF CASE:** __X__ CIVIL  ____ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On      Tuesday, June 20, 2000            at            4:00 p.m.

## PURPOSE OF PROCEEDING:

___ Initial Pretrial Conference
   Note: Client(s) are not required to appear

___ Jury Selection and Trial

___ Re-Arraignment

___ Other:_____

_X_ Motion Hearing
(Motion for Reinstatement)

___ Show Cause Hearing

___ Sentencing

___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Mary Beth Garza                June 12, 2000

cc: R. Chris Pittard
    William O. Ashcraft