United States District Court
Southern District of Texas
FILED

JUN 20 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | § § § | |
| VS. | § § | CIVIL ACTION NO. CA-00-125 |
| NATIONWIDE HOUSING SYSTEMS, INC. | § § § | |

### DEFENDANT'S DESIGNATION OF LOCAL COUNSEL OF RECORD

COMES NOW, Anita Alessandra, attorney of record for Defendant, Nationwide Housing Systems, Inc., and hereby designates Roxana V. Shia, State Bar No. 00785146, and Tom M. Harrison, State Bar No. 09122300, as local counsel of record for the Defendant in this case.

1. Roxana V. Shia and Tom M. Harrison will personally participate in the hearings and trial of this cause and shall receive all communications from the Court and from the other parties in this matter. They will also have the authority to bind the Defendant.

2. Notice of this designation has been provided to all other parties, in accordance with the Federal Rules of Civil Procedure.

*Defendant's Designation of Local Counsel of Record- Page 1*
H:\office\wpwin\wpdocs\TRIAL\Nationwide\local.wpd

13.

Respectfully Submitted,

By: *William O. Ashcraft* (with permission *Anita Alesandra*)
William O. Ashcraft, Esq.
Attorney-in-Charge
Texas Bar No. 01372800
Southern District of Texas No. 11654
Anita M. Alesandra, Esq.
Texas Bar No. 00988000
Southern District of Texas No. 13936

ASHCRAFT LAW FIRM
8750 N. Central Expressway, Ste. 1070
Dallas, Texas 75231
Telephone: (214) 987-0660
Facsimile: (214) 987-3847

ATTORNEYS FOR DEFENDANT
NATIONWIDE HOUSING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Designation of Local Counsel of Record was served by hand delivery and certified mail, return receipt requested, upon counsel of record for Plaintiff on this 20th day of June, 2000, as follows:

**CMRRR No. 7099 3220 0001 4301 3802**
R. Chris Pittard, Esq.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Ste. 200
San Antonio, Texas 78229-3555

_____
Anita M. Alessandra

*Defendant's Designation of Local Counsel of Record- Page 2*
H:\office\wpwin\wpdocs\TRIAL\Nationwide\local.wpd