# CIVIL COURT MINUTES

| | |
|---|---|
| **JUDGE PRESIDING:** | JANIS GRAHAM JACK |
| **CASE MANAGER:** | Myra Orta Alfano |
| **COURT RECORDER:** | Velma Gano |
| **LAW CLERK:** | Erik Hansen |
| **U.S.C.S.O.:** | ED JASSO |
| **U.S. MARSHAL:** | |
| **INTERPRETER:** | |

United States District Court
Southern District of Texas
FILED

JUN 2 0 2000

MICHAEL N. MILBY
CLERK

**DATE:** June 20, 2000  **OPEN:** 3:59 PM / 5:04 PM  **ADJOURN:** 4:20 PM / 5:15 PM
**TAPE:** #2

**CIVIL ACTION NUMBER:** C-00-125

Equal Employment Opportunity Commission         **COUNSEL:** Robert Christan Pittard

VS.

Nationwide Housing Systems, Inc.         **COUNSEL:** ~~William Ashcraft~~ Anita ALESSANDRA
                                                               ROXANNA SHIA

(✓) **Motion Hearing:**

Case called. Appearances are made. Discussion and arguments on pltff's mtn for reinstatement. (Recess) Pltff request a continuance, re: negotiations of settlement. Defense requests a denial of pltff's mtn to reinstate. Court resets this matter for Thurs, June 22, 2000 at 10:30 am, by telephone conference call. Pltff is to initiate the call.

1A