# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Erik Hansen

**U. S. C. S. O.:**

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas

JUN 2 2 2000

MICHAEL N. MILBY
CLERK

**DATE:** June 22, 2000   **OPEN:** 10:31am   **ADJOURN:** 10:45am

**TAPE:** #1

**CIVIL ACTION NUMBER:** C-00-125

Equal Employment Opportunity Commission      **COUNSEL:** Robert C. Pittard

VS.

Nationwide Housing Systems, Inc.      **COUNSEL:** Anita M. Alessandra

(✓) Motion to Re-instate: (by conference call)

Case called. Appearances are made. Parties state that they failed to come to an agreement. Court grants the pltff's mtn to re-instate and sets an IPTC for Thurs., July 6, 2000 at 1:15pm.

15.