UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

JUN 2 6 2000

Michael N. Milby, Clerk

| Division | Corpus Christi | Action Number | CA-00-125 |
|---|---|---|---|

Equal Employment Opportunity Commission

*versus*

Nationwide Housing Systems, Inc.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | R. Jeffrey Worth |
| Firm | Ashcraft Law Firm |
| Street | 8750 North Central Expressway, Suite 1070 |
| City & Zip Code | Dallas, Texas 75231 |
| Telephone | (214) 978-0660 |
| Licensed: State & Number | Texas State Bar No. 00795732 |
| Admitted US District Court for: | Northern District of Texas |

Seeks to appear as the attorney for this party:

Nationwide Housing Systems, Inc.

| Dated: June 23, 2000 | Signed: R. Jeffrey Worth |
|---|---|

ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, 2000.  _____
                                                                            United States District Judge

SDTX AA-6 (8/98)

17.