IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 26 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| v. | § | CA-00-125 |
| NATIONWIDE HOUSING SYSTEMS, INC., | § § § § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE REGARDING FINANCIAL INTEREST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Nationwide Housing Systems, Inc., Defendant in the above-entitled and numbered cause, and, pursuant to the Order for Conference and Disclosure of Interested Parties, certifies that the following entities have a financial interest in the outcome of this litigation:

Nationwide Housing Systems, Inc.
(n/k/a Nationwide Housing Systems, L.P.)

HSTR Retail Holdings, Inc.

American Homestar Corporation

Respectfully submitted,

By: *William O. Ashcraft* (With Permission *Juna Leinaudre*)
William O. Ashcraft, Esq.
Attorney-in-Charge
Texas Bar No. 01372800
Southern District of Texas No. 11654
Anita M. Alessandra, Esq.
Texas Bar No. 00988000
Southern District of Texas No. 13936

DEFENDANT'S CERTIFICATE REGARDING FINANCIAL INTEREST - Page 1

ASHCRAFT LAW FIRM
8750 N. Central Expressway
Suite 1070
Dallas, Texas  75231
Telephone: (214) 987-0660
Facsimile: (214) 987-3847

Tom M. Harrison, Esq.
Texas Bar No. 09122300
Southern District of Texas No. 1891
Roxana V. Shia, Esq.
Texas Bar No. 00785146
Southern District of Texas No. 15608
HORNBLOWER, MANNING & WARD, P.C.
711 North Carancahua
Suite 1810
Corpus Christi, Texas  78475
Telephone:  (361) 888-8041
Facsimile:  (361) 888-8222

ATTORNEYS FOR DEFENDANT
NATIONWIDE HOUSING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Certificate Regarding Financial Interest was served by certified mail, return receipt requested, upon counsel of record for Plaintiff on this 22nd day of June 2000, as follows:

R. Chris Pittard, Esq.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas  78229-3555

_____
Anita M. Alessandra

DEFENDANT'S CERTIFICATE REGARDING FINANCIAL INTEREST - Page 2