| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|

United States District Court
Southern District of Texas
FILED
JUN 26 2000
Michael N. Milby, Clerk

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Corpus Christi | Action Number | CA-00-125 |
|---|---|---|---|

Equal Employment Opportunity Commission

*versus*

Nationwide Housing Systems, Inc.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | R. Jeffrey Worth |
| Firm | Ashcraft Law Firm |
| Street | 8750 North Central Expressway, Suite 1070 |
| City & Zip Code | Dallas, Texas 75231 |
| Telephone | (214) 978-0660 |
| Licensed: State & Number | Texas State Bar No. 00795732 |
| Admitted US District Court for: | Northern District of Texas |

Seeks to appear as the attorney for this party:

Nationwide Housing Systems, Inc.

| Dated: June 23, 2000 | Signed: R. Jeffrey Worth |
|---|---|

ORDER

19.

United States District Court
Southern District of Texas
ENTERED
JUN 29 2000
Michael N. Milby, Clerk of Court

This lawyer is admitted *pro hac vice*.

Signed on  6-27 , 2000.

United States District Judge

SDTX AA-6 (8/98)

HONORABLE JANIS GRAHAM JACK

17.