# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Erik Hansen

**U. S. C. S. O.:** Ed Jasso

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas

JUL - 6 2000

MICHAEL N. MILBY
CLERK

**DATE:** July 6, 2000   **OPEN:** 1:12 pm   **ADJOURN:** 1:46 pm

**TAPE:** #4

**CIVIL ACTION NUMBER:** C-00-125

Equal Employment Opportunity Comm.   **COUNSEL:** Robert C. Pittard

VS.

Nationwide Housing System, Inc.   **COUNSEL:** Anita M. Alessandra / Roxana V. Shia

(✓) IPTC:

Case called. Parties present. Pltff files an amended response to defendants motion for sanctions. Argument is heard, re: sanctions against pltff, for his failure to appear at IPTC. Court grants sanctions. Attorney fees to deft in the amount of $750.00. Payable in 30 days. Court re-instates this cause. Discussion of case matters. Court signs scheduling order, general order, order for referral to mediation, and order for parties to pre-mark & exchange trial exhibits. Discussion of discovery issues.

Adjourn.

23