IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 7 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | § § § |
| V. | §   C.A. NO. C-00-125 |
| NATIONWIDE HOUSING SYSTEMS, INC. | § § § |

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 6th day of July, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE