IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. CA-00-125 |
| NATIONWIDE HOUSING SYSTEMS, INC. § § | |
| Defendant § | |

## ORDER

ON THIS DAY, came on to be heard Plaintiff's Motion to Extend Time for Payment of Sanctions, and the Court having heard said Motion, is of the opinion and finds that said Motion should be GRANT.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that Plaintiff's Motion to Extend Time for Payment of Sanctions is GRANTED.

SIGNED and ENTERED this _29th_ day of _July_, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

4