```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

AUG - 9 2000

Michael N. Milby, Clerk

EQUAL EMPLOYMENT OPPORTUNITY §
COMMISSION, §
§
       Plaintiff, §
§   CIVIL ACTION NO.
v. §   CA-00-125
§
NATIONWIDE HOUSING SYSTEMS, §
INC., §
§
       Defendant. §

## DEFENDANT'S INITIAL DISCLOSURES

TO:   The Equal Employment Opportunity Commission, Plaintiff, by and through its attorney of record, R. Chris Pittard, Esq., EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, San Antonio District Office, 5410 Fredericksburg Road, Suite 200, San Antonio, Texas 78229-3555.

COMES NOW Nationwide Housing Systems, Inc. (hereinafter collectively referred to as "Nationwide"), Defendant in the above-entitled and numbered cause, and, pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Scheduling Order, files this its Initial Disclosures, stating as follows:

### I.

### INDIVIDUALS WITH RELEVANT KNOWLEDGE

The following are the names and, if currently known, the addresses and telephone numbers of individuals believed to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, including a statement of the subjects of the information known:

a.   Mr. James W. Stovall
    Route 7, Box 860
    Livingston, Texas 77351
    (936) 639-9388

    Mr. Stovall is the Plaintiff in this action. Nationwide believes that he has knowledge concerning all aspects of his

DEFENDANT'S INITIAL DISCLOSURES - Page 1

32

employment as a Sales Representative at Nationwide's sales center in Corpus Christi, Texas; the factual basis for his discrimination claim in this suit; and his alleged damages.

b.  Mr. Chester ("Chet") Kearney
    Current Address Unknown
    (830) 606-5263

Mr. Kearney was the Regional Vice President with responsibility for the Corpus Christi sales center during the relevant time period. Nationwide believes that he has knowledge concerning Plaintiff's employment with Nationwide, including Plaintiff's performance and qualifications; Plaintiff's participation in the management training program; Plaintiff's resignation from Nationwide and subsequent re-hiring; the search for a candidate to replace Mr. Rudd after his resignation; the circumstances surrounding and bases for John Winniford's selection as General Manager; the information communicated to employees concerning the new General Manager; and the age-related comment allegedly made by Mr. Kearney.

c.  Mr. Nathan Daniel Rudd
    6127 Saddler Lane
    Austin, Texas 78724
    (512) 928-4900

Mr. Rudd was the General Manager of the Corpus Christi sales center during Plaintiff's employment with Nationwide until Mr. Rudd resigned in May 1997. Nationwide believes that he has knowledge concerning Plaintiff's employment with Nationwide, including Plaintiff's performance and qualifications; Plaintiff's participation in the management training program; Plaintiff's resignation from Nationwide and subsequent re-hiring; the circumstances surrounding and bases for the selection of John Winniford as General Manager; the information communicated to employees concerning the new General Manager; and the age-related comment allegedly made by Chet Kearney.

d.  Mr. John Winniford
    Current Address and Telephone Number Unknown

Mr. Winniford worked as a Sales Manager for Nationwide and was promoted to General Manager of the Corpus Christi sales center in June 1997. Nationwide believes that he has knowledge concerning his employment with Nationwide, including his experience, performance and qualifications; and the circumstances surrounding his promotion to General Manager.

DEFENDANT'S INITIAL DISCLOSURES - Page 2

e. Mr. Sam Rice
NATIONWIDE HOUSING SYSTEMS, L.P.
2450 South Shore Boulevard
Suite 300
League City, Texas 77573
(281) 334-9700

Mr. Rice was the Division President with responsibility for the Corpus Christi sales center during the relevant time period. Nationwide believes that he has knowledge concerning Plaintiff's employment with Nationwide, including Plaintiff's performance and qualifications; the search for a candidate to replace Danny Rudd after his resignation; and the circumstances surrounding and bases for John Winniford's selection as General Manager

f. Ms. Cheri Cleveland
NATIONWIDE HOMES
1574 North Padre Island Drive
Corpus Christi, Texas 78408
(361) 289-8201

Ms. Cleveland worked as the Office Manager at the Corpus Christi sales center during the relevant time period. Nationwide believes that she has knowledge concerning Plaintiff's employment with Nationwide; Mr. Rudd's resignation as General Manager; the information communicated to employees concerning the new General Manager; and the age-related comment allegedly made by Chet Kearney.

g. Mr. Mike Finch
Current Address Unknown
(361) 992-1534

Mr. Finch performed contract service work for Nationwide at the Corpus Christi sales center during the relevant time period. Nationwide believes that he has knowledge concerning Plaintiff's employment with Nationwide; Mr. Rudd's resignation as General Manager; the information communicated to employees concerning the new General Manager; and the age-related comment allegedly made by Chet Kearney.

h. Ms. Billie Rolando
Current Address Unknown
(907) 376-8141

Ms. Rolando worked with Plaintiff at the Corpus Christi sales center during the relevant time period. Nationwide believes that she has knowledge concerning Plaintiff's employment with Nationwide; Mr. Rudd's resignation as General Manager; the information communicated to employees concerning the new General Manager; and the age-related comment allegedly made by Chet Kearney.

DEFENDANT'S INITIAL DISCLOSURES - Page 3

i.  Mr. Albert Orta
    3538 Austin
    Corpus Christi, Texas 78411
    (512) 855-7521

    Mr. Orta worked with Plaintiff at the Corpus Christi sales center during the relevant time period. Nationwide believes that he has knowledge concerning Plaintiff's employment with Nationwide; Mr. Rudd's resignation as General Manager; the information communicated to employees concerning the new General Manager; and the age-related comment allegedly made by Chet Kearney.

j.  Mr. Russell Montgomery
    6529 Kodiak
    Corpus Christi, Texas 78414
    (361) 993-1914

    Mr. Montgomery worked with Plaintiff at the Corpus Christi sales center during the relevant time period. Nationwide believes that he has knowledge concerning Plaintiff's employment with Nationwide; Mr. Rudd's resignation as General Manager; the information communicated to employees concerning the new General Manager; and the age-related comment allegedly made by Chet Kearney.

k.  Mr. Roberto Coronado
    Investigator
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    San Antonio District Office
    5410 Fredericksburg Road
    Suite 200
    San Antonio, Texas 78229
    (210) 281-7600

    Mr. Coronado was the Equal Employment Opportunity Commission investigator assigned to Mr. Stovall's discrimination charge. Nationwide believes that Mr. Coronado has knowledge concerning the factual basis for Plaintiff's discrimination claim in this lawsuit; conciliation efforts by and between Plaintiff and Nationwide; and the settlement of this matter during the conciliation process.

## II.

### RELEVANT DOCUMENTS

Nationwide will make available for inspection and copying all documents, data compilations, and tangible things in its

possession, custody and control that are relevant to disputed facts alleged with particularity in the pleadings, including the following:

    a.    Personnel records of James Stovall;

    b.    Excerpts from the personnel records of John Winniford;

    c.    Sales records of James Stovall;

    d.    Sales records of John Winniford; and

    e.    Investigative file received from the Equal Employment Opportunity Commission.

### III.

### DAMAGES CALCULATION

Nationwide has not asserted a claim for affirmative relief against Plaintiff but hereby reserves the right to do so within the time limits established by the Court.

### IV.

### INSURANCE AGREEMENT

There is no insurance agreement under which any insurer may be liable to satisfy part or all of a judgment that may be entered against Nationwide in this action or to indemnify or reimburse Nationwide for any payments made to satisfy such judgment.

### V.

The above disclosures are based upon the information now reasonably available to Nationwide; however, Nationwide has not completed its investigation of the facts in this case and reserves the right to amend, change, or supplement the above information as required by the rules of procedure and by any order entered by the Court.

DEFENDANT'S INITIAL DISCLOSURES - Page 5

Respectfully submitted,

By: ___*Anita Alessandra* (with permission)___
William O. Ashcraft, Esq.
Attorney-in-Charge
Texas Bar No. 01372800
Southern District of Texas No. 11654
Anita M. Alessandra, Esq.
Texas Bar No. 00988000
Southern District of Texas No. 13936
R. Jeff Worth, Esq.
Texas Bar No. 00795732
(Admitted Pro Hac Vice)

ASHCRAFT LAW FIRM
8750 North Central Expressway
Suite 1070
Dallas, Texas  75231
Telephone: (214) 987-0660
Facsimile: (214) 987-3847

Tom M. Harrison, Esq.
Texas Bar No. 09122300
Southern District of Texas No. 1891
Roxana V. Shia, Esq.
Texas Bar No. 00785146
Southern District of Texas No. 15608
HORNBLOWER, MANNING & WARD, P.C.
711 North Carancahua
Suite 1810
Corpus Christi, Texas  78475
Telephone:  (361) 888-8041
Facsimile:  (361) 888-8222

ATTORNEYS FOR DEFENDANT
NATIONWIDE HOUSING SYSTEMS, INC.

DEFENDANT'S INITIAL DISCLOSURES - Page 6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Initial Disclosures was served by certified mail, return receipt requested, upon counsel of record for Plaintiff on this 8th day of August 2000, as follows:

R. Chris Pittard, Esq.
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Antonio District Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas  78229-3555

_____
Anita M. Alessandra

DEFENDANT'S INITIAL DISCLOSURES - Page 7