IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District C·····
Southern District of ⁻ ˉ ˋ
FILED

**AUG 3 1 2000**

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § | |
| | § | Civil Action No. CA-00-125 |
| v. | § | |
| | § | |
| NATIONWIDE HOUSING SYSTEMS, INC. | § | |
| Defendant | § | |

## PLAINTIFF'S SUPPLEMENTAL UNOPPOSED MOTION
## TO EXTEND TIME FOR PAYMENT OF SANCTIONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter "EEOC" or "the Commission"), and respectfully files this, its Supplemental Unopposed Motion to Extend Time for Payment of Sanctions, and would show the Court as follows:

1. On July 21, 2000, Plaintiff EEOC filed an Unopposed Motion to Extend Time for Payment of Sanctions, based on the Court's verbal order on July 6, 2000, to pay attorneys fees by August 6, 2000. The Court granted that Motion on August 1, 2000, extending the date of payment to October 2, 2000. As an Exhibit to its Motion, the EEOC included a June 12, 2000, internal memo (See Exhibit 1) which describes the process for payment of attorneys fees to Defendants. That process is dependent on a signed order from the Court so that the request for payment can be processed through the Department of Justice. Once a request for payment is submitted to the DOJ, it is out of the control of the EEOC.

2. On August 28, 2000, this Court entered its Order and Judgment, requiring Plaintiff EEOC to pay attorneys fees in the amount of $750.00 to Defendant within 30 days, which is September 27, 2000. The San Antonio District Office sent the required packet of information,

**34.**

including the Court's Order, to EEOC headquarters in Washington, D.C. on August 28, 2000, for

processing. In order to expedite the process, the packet was sent by telephonic facsimile on August

29, 2000, with a request for immediate payment (See Exhibit 2). The response from the person

responsible for processing such payments, Jeanne Perez, is also attached as an exhibit (See Exhibit

3). Ms. Perez reiterated that she would expedite her part of the process, but that the average time

for payment is still six weeks. In addition, Plaintiff EEOC has a concern about the speed of the

payment because this request has been made near the end of the fiscal year, when it is historically

more difficult to receive funding.

     3.     Therefore, Plaintiff EEOC, respectfully requests that the Court extend its time for

payment from 30 days to 60 days from the date of the Court's August 28, 2000 Order. This request

is not made for the purposes of delay, but to ensure Plaintiff complies with the Court's Order.

                Respectfully submitted,

                C. GREGORY STEWART
                General Counsel Designate

                GWENDOLYN YOUNG REAMS
                Associate General Counsel

                ROBERT B. HARWIN
                Regional Attorney
                State Bar No. 076083
                (District of Columbia)

                LINDA GUTIERREZ
                Supervisory Trial Attorney
                Texas State Bar No. 08642750
                Southern District No. 14464

                R. CHRIS PITTARD
                Attorney-In-Charge
                Texas State Bar No. 00794465
                Southern District No. 23449

1

Case 2:00-cv-00125   Document 34   Filed in TXSD on 08/31/2000   Page 4 of 11



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C. 20507**

Office of
General Counsel

# 'JUL 1 2 2000

## MEMORANDUM

TO:        REGIONAL ATTORNEYS

FROM:    C. GREGORY STEWART *C.g. Stewart*
            General Counsel

SUBJECT:   Judgement Costs

All instances in which EEOC is ordered to pay attorney fees or Bills of Cost must be submitted to the Department of Justice (DOJ) for processing. In order to ensure that payment is processed in a timely manner, DOJ must have certain very specific information. The EEOC Debt Collection Officer, Jeanne Perez, is the EEOC official responsible for coordinating the requests between EEOC and DOJ. In order for her to submit the request to DOJ in a timely manner, please provide the following information in a memorandum:

•        brief summary of the case
•        recipient of the check
•        tax id # (TIN) and address of the check recipient
•        name and address of the party's counsel
‣        statement that the case is not being appealed.

Please attach to the memorandum the following:

•        copy of the Judge's order, which is dated and has all necessary signatures
•        copy of the Judgement
•        copy of the complaint
•        copy of clerk of court assessment of costs
•        court documents granting costs, if available.

Please note that DOJ will make checks payable only to the parties, not the attorneys. Therefore, it is especially important that the plaintiffs' complete address, social security or TIN be provided.

Case 2:00-cv-00125   Document 34   Filed in TXSD on 08/31/2000   Page 5 of 11

The package requesting payment of judgement costs should be submitted to your LMS liaison to review. After LMS has reviewed the package, it will be given to Ralph Jeffries, who will coordinate with Jeanne Perez in OFRM. Once the package is received, it normally takes DOJ 4-6 weeks to process the payment. Therefore, it is critical that all of the necessary information and documents be provided at the outset. DOJ will not issue a check if the package is incomplete. A delay in receiving payment may result in defendant's counsel requesting and being awarded penalty payment on the initial award amount.

Please contact Jeanne Perez on (202) 663-4295 or Ralph Jeffries on (202) 663-4712, if you have an questions.

cc: LMS Liaisons
      Jeanne Perez

2



*RA*
*S m/l 3/ lt B*
*C P*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio District Office**

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
(210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7690

MEMORANDUM

TO:        Jeanne Perez
           Debt Collection Officer

FROM:      Robert B. Harwin                *Bob Harwin*
           Regional Attorney, SADO

DATE:      August 28, 2000

SUBJ:      Payment of Attorneys Fees in *EEOC v. Nationwide Housing Systems, Inc.*; Civil
           Action No. C-00-125; In the United States District Court, Southern District of
           Texas, Corpus Christi Division

1.     The purpose of this memo is to request immediate payment of $750.00 to Defendant
Nationwide Housing Systems, Inc. in accordance with the court's order. Payment is requested
within 30 days of this date in order to comply with the court's 8/28/00 order.

2.     Summary of the Case: This is a suit file under the ADEA. Charging Party had originally
been employed as a business manger in Corpus Christi, Texas, and quit in 1996 because he felt
he had no future with the company because of his age. In early 1997, CP went back to work for
the company as a sales representative. On or around May 1997, the job of general manager
became available. He expressed an interest in the job; however, at a company meeting the
regional vice-president stated that the company was looking for a young guy similar to one the
company had recently promoted to another position. A few weeks later a younger male was
promoted into the job and CP quit.
       The Complaint was filed on March 27, 2000. The Waiver of Service was served on
Defendant. Defendant sent a fax copy of the original; however, the original was never received.
As a result the Waiver was never filed with the court. EEOC filed its Certificate Regarding
Financial Interest on May 8, 2000. The court scheduled an initial pre-trial conference; however,
since Defendant was not yet required to answer until after the date of the conference, the
Commission did not attend the conference. However, the Commission failed to inform the court
that neither party would be at the conference. The court dismissed the suit with prejudice on
5/26/00. EEOC filed its Motion for Reinstatement on 6/1/00 and Defendant filed its response on
6/20/00. The court granted EEOC's Motion and reinstated the case based on Rule 59(e) judicial
error. The initial pre-trial conference was rescheduled for 7/6/00. Defendant filed a motion for
attorneys fees in the amount of $4,752. On 7/6/00, at the pre-trial conference the court granted
Defendant's motion for attorneys fees in the amount of $750. The judge issued the order on
8/28/00.

3.    <u>Name and Address of Recipient of the check:</u>
Nationwide Housing Systems, Inc.
ATTN: Craig Reynolds
2450 S. Shore Blvd., Ste. 300
League City, Texas 77573

4.    <u>Tax I.D.# of Check Recipient:</u> 741605555

5.    <u>Defendant's counsel of record:</u>
Anita Alessandra
ASHCRAFT LAW FIRM, P.C.
8750 N. Central Expressway, Suite 1070
Dallas, Texas 75231

6.    <u>Statement of Non-appeal:</u>  On July 6, 2000, this office requested that the Commission not appeal the order for attorneys fees. The request was made to Philip Sklover, Associate General Counsel, OGC, and Wesley Curl, Attorney Advisor, OGC (See Attached Memo).

7.    <u>Attached documents:</u>
a) July 6, 2000 Memo to Sklover and Curl requesting no appeal on the court's order;
b) Copy of court's order and judgment, dated 8/28/00;
c) Copy of Original Complaint, dated, 4/27/00.

cc:    C. Gregory Stewart
General Counsel

Gwendolyn Y. Reams
Associate General Counsel, OGC

Ethel K. Mixon
Assistant General Counsel, OGC

Enclosures

<u>CONFIRMATION REPORT - MEMORY SEND</u>

Time    : AUG-29-00  09:33
Fax number:
Name    :

Job          :  173

Date         :  AUG-29 09:29

To           :  812026634639

Doc. pages   :  17

Start time   :  AUG-29 09:29

End time     :  AUG-29 09:33

Pages sent   :  17

Job:173          *** SEND SUCCESSFUL ***



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Antonio District Office**
5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
TTY (210) 281-7600
TTY (210) 281-7610
FAX (210) 281-7669

**FAX COVER PAGE**
**OFFICIAL GOVERNMENT BUSINESS**

Date: <u>August 29, 2000</u> From: <u>Robert Harwin</u>
<u>Regional Attorney</u>
To: <u>Jeanne Perez, Debt Collection Officer</u>
Address: <u>U.S. EEOC</u>

<u>Washington, D.C.  20507</u>
Phone No.:( )
Fax No.: <u>(202)663-4639</u>
(If other than a district office)
No. of pages, including cover page: <u>17</u>

CONFIDENTIALITY NOTICE

This communication is intended for the sole use of the person to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure.

Any dissemination, distribution or copying of this communication by anyone other than the intended recipient or the person responsible for its delivery is strictly prohibited.

If you have received this communication in error, please phone this office immediately (if necessary, call collect at 210-281-7680) and either destroy the communication or return it to the above address.

**Special Instructions:**
San Antonio District Office Legal Unit Fax No.:(210)281-7669

3

Case 2:00-cv-00125   Document 34   Filed in TXSD on 08/31/2000   Page 11 of 11

**From:**       JEANNE PEREZ
**To:**         ROBERT HARWIN
**Date:**       8/29/00 11:48AM
**Subject:**    Nationwide....

Just to let you know  I did attempt to call several times this morning but kept getting a busy signal.   I am no longer in the Office of Legal Counsel but now work with the Director of Financial Management.

I will process this judgement as quickly as possible.  It will take one to two days to prepare it for the Director's signature (even expedited), and then it goes to FMS for consideration.  I will ask them to expedite the package, but it will still take weeks before it will even go onto Treasury for payment.  Then the check comes to me and I will send it by FedEx or Certified mail.   I believe from a quick glance the check is due 30 days from August 28th, which will be September 25th.

We really do not have control over these payments.  The average time is six weeks if everything is in order.

I'll do what I can.


**CC:**              GWENDOLYN REAMS;  WESLEY CURL

CHMPDF - www.fastio.com