United States District Court
Southern District of Texas
ENTERED

SEP - 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | 35. |
| Plaintiff, | § § | Civil Action No. CA-00-125 |
| v. | § § | |
| NATIONWIDE HOUSING SYSTEMS, INC. Defendant | § § § | |

## ORDER

ON THIS DAY, came on to be heard Plaintiff's Supplemental Unopposed Motion to Extend Time for Payment of Sanctions, and the Court having heard said Motion, is of the opinion and finds that said Motion should be GRANTed,

It is therefore ORDERED, ADJUDGED and DECREED by the Court that Plaintiff's Motion to Extend Time for Payment of Sanctions is GRANTED. Payment is due on or before October 27, 2000.

SIGNED and ENTERED this 31st day of August, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE