UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 1 0 2000
Michael N. Milby, Clerk of Court

37.

Equal Employment Opportunity Commission §

VS. § CIVIL ACTION NO. C-00-125

Nationwide Housing Systems, Inc. §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Defendant's Unopposed Motion for Leave to File First Amended Answer" ;

however, it is deficient in the area (s) checked below:

1. _x_ Pleading is not signed. (LR11.3)

2. ___ Pleading is not in compliance with LR11.3.A (1) thru (6) (No Southern District of Texas Bar Number LR11.3.A (4)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. ___ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _10-5-00_
re: D.E. #36/dp

JUDGE PRESIDING