United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Equal Employment Opportunity Commission | § | 40 |
| VS. | § | CIVIL ACTION NO. C-00-125 |
| Nationwide Housing Systems, Inc. | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your __Defendant's Unopposed Motion for Leave to File ; First Amended Answer.__ however, it is deficient in the area (s) checked below:

1. **X** Pleading is not signed. (LR11.3)  Signature of attorney Ashcraft (by permission) is not an original one, but a photocopy.
2. ___ Pleading is not in compliance with LR11.3.A(1) through (6)
3. ___ Caption of the pleading is incomplete (LR10.1)
4. ___ No certificate of service, or explanation why service is not required (LR5.4)
5. ___ No statement re conference w/opposing counsel (LR7.1D)
6. ___ Separate proposed order not attached (LR7.1C)
7. ___ Motion to consolidate is not in compliance with LR7.6
8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __10-19-00__

(Re: D.E. #38)/smw

_____
JUDGE PRESIDING