United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

EQUAL EMPLOYMENT OPPORTUNITY       §
COMMISSION,                        §
                                   §      *43*.
              Plaintiff,           §
                                   §      CIVIL ACTION NO.
v.                                 §      CA-00-125
                                   §
NATIONWIDE HOUSING SYSTEMS,        §
INC.,                              §
                                   §
              Defendant.           §

ORDER GRANTING DEFENDANT'S MOTION FOR
LEAVE TO FILE FIRST AMENDED ANSWER

CAME ON for consideration the Unopposed Motion for Leave to File First Amended Answer of Nationwide Housing Systems, Inc., Defendant in the above-entitled and numbered cause, and the Court, after reviewing the Motion, the Amended Answer, and the other pleadings and papers on file in this action, is of the opinion that said Motion is well-taken. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion for Leave to File First Amended Answer is in all things granted. It is further

ORDERED, ADJUDGED and DECREED that the First Amended Answer of Defendant Nationwide Housing Systems, Inc. to Plaintiff's Complaint and Jury Trial Demand shall be filed among the other papers in this cause without further action on the part of Defendant.

SIGNED on this the _27th_ day of _October_____, 2000.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER - Solo Page