United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff,<br><br>v.<br><br>NATIONWIDE HOUSING SYSTEMS, INC.<br>Defendant | §<br>§<br>§<br>§  Civil Action No. CA-00-125<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT ORDER ENTERING CONSENT DECREE

On this day came on to be heard the parties' Joint Motion to Enter Consent Decree. After reviewing the Consent Decree, the Court finds that all issues in the Complaint have been disposed of, that the parties are in agreement, and that the Consent Decree should be entered. The Court shall retain jurisdiction to enforce the terms and conditions as set forth in the Consent Decree, which is attached to the parties' Joint Motion to Enter Consent Decree.

It is therefore ordered that the Consent Decree is hereby entered.

Signed this 5th day of Jan, 2001.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE