IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 12 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. CA-00-125 |
| NATIONWIDE HOUSING SYSTEMS, INC., | § § § | |
| Defendant. | § | |

## DEFENDANT'S SUGGESTION OF BANKRUPTCY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Nationwide Housing Systems, Inc. n/k/a Nationwide Housing Systems, L.P. notifies the court that it filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Galveston Division, on January 11, 2001, Jointly Administered Under Case No. 01-80017-G3-11. Bankruptcy counsel for Nationwide Housing Systems, L.P. is Marvin Isgur, Esq., FLOYD, ISGUR, RIOS & WAHRICK, P.C., Bank of America Center, 700 Louisiana, Suite 4600, Houston, Texas 77002-2732.

Respectfully submitted,

By: *William O. Ashcraft (with permission Anita Alessandra)*
William O. Ashcraft, Esq.
Attorney-in-Charge
Texas Bar No. 01372800
Southern District of Texas No. 11654
Anita M. Alessandra, Esq.
Texas Bar No. 00988000
Southern District of Texas No. 13936
R. Jeff Worth, Esq.
Texas Bar No. 00795732
(Admitted Pro Hac Vice)

DEFENDANT'S SUGGESTION OF BANKRUPTCY - Page 1

ASHCRAFT LAW FIRM  
325 North St. Paul Street  
3900 Republic Center  
Dallas, Texas  75201  
Telephone: (214) 987-0660  
Facsimile: (214) 987-3847  

Tom M. Harrison, Esq.  
Texas Bar No. 09122300  
Southern District of Texas No. 1891  
Roxana V. Shia, Esq.  
Texas Bar No. 00785146  
Southern District of Texas No. 15608  
HORNBLOWER, MANNING & WARD, P.C.  
711 North Carancahua  
Suite 1810  
Corpus Christi, Texas  78475  
Telephone:  (361) 888-8041  
Facsimile:  (361) 888-8222  

ATTORNEYS FOR DEFENDANT  
NATIONWIDE HOUSING SYSTEMS, INC  


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Suggestion of Bankruptcy was served by certified mail, return receipt requested, upon counsel of record for Plaintiff on this 9th day of February 2001, as follows:

R. Chris Pittard, Esq.  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
San Antonio District Office  
5410 Fredericksburg Road, Suite 200  
San Antonio, Texas  78229-3555  

_____  
Anita M. Alessandra  


DEFENDANT'S SUGGESTION OF BANKRUPTCY - Page 2